```
GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
COREY J. MANTEI
Assistant U.S. Attorney
State Bar No. 029685
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: corey.mantei@usdoj.gov
Attorneys for Plaintiff
```

FILED

2021 MAY 26  PM 4: 21

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01162 TUC-JGZ(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Megan Martinez Valle,<br><br>　　　　　　Defendant. | **INDICTMENT**<br><br>Violations:<br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 1<br><br>21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(1)(F)<br>(Importation of Fentanyl)<br>Count 2 |

Under Seal

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about August 3, 2020, in the District of Arizona, MEGAN MARTINEZ VALLE did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

### COUNT 2

On or about August 3, 2020, in the District of Arizona, MEGAN MARTINEZ VALLE did knowingly and intentionally import into the United States from the Republic

1  of Mexico 400 grams or more of a mixture or substance containing a detectable amount of
2  fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code,
3  Sections 952(a), 960(a)(1) and 960(b)(1)(F).

A TRUE BILL

/ S /

_____
FOREPERSON OF THE GRAND JURY
Date:   MAY 2 6 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/ S /

_____
COREY J. MANTEI
Assistant U.S. Attorney